# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-2776
_____

Joseph O'Neal

*Plaintiff - Appellant*

v.

Stephen Stringfellow, Dr.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: August 14, 2018
Filed: August 27, 2018
[Unpublished]

_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Joseph O'Neal appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review, see Beverly Hills Foodland, Inc. v. United Food & Commercial Workers Union, Local 655, 39 F.3d 191, 194 (8th Cir. 1994), we hold that summary judgment was properly granted. Accordingly, we affirm. See 8th Cir. R. 47B.

————————————————

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas, adopting the recommended disposition of the Honorable Beth Deere, United States Magistrate for the Eastern District of Arkansas.